RECEIVED
IN LAKE CHARLES, LA

FEB 13 2006
*pam*
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| MARION J. BEASON | CIVIL ACTION NO. 05-0589-LC |
| VS. | SECTION P |
| TIM WILKERSON, WARDEN | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED** as follows:

1. That Claims One and Two of the Original Petition [Doc. 1, paragraphs 5(a) and 5(b)] and Claim One of the Amended Petition [Doc. 6, Exhibits, *Habeas Corpus* Petition, paragraph 5(a)] be **DENIED AND DISMISSED** with prejudice in accordance with the provisions of Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts since it plainly appears from the face of the petition and exhibits that the petitioner is not entitled to relief; and,

2. That Claim Three of the Original Petition [Doc. 1, paragraph 5(c)] and Claims Two and Three of the Amended Petition [Doc. 6, Exhibits, *Habeas Corpus* Petition, paragraph 5(a)] be **DENIED AND DISMISSED** with prejudice for being technically exhausted but procedurally defaulted.

**IT IS FURTHER ORDERED** that petitioner's Motion for Stay [Doc. 7] be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 13 day of Feb, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE